```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12874
   PATRICK W JONES
   CAREY A JONES                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-8012    SSN XXX-XX-9772


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/19/07 and confirmed on 09/27/07.

     2.  The case was converted to Chapter 7 after confirmation, 10/22/2008.

     3.  The Debtor paid a total of $  13050.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
CITIBANK                 CURRENT MORTG          .00           .00          .00
CITIBANK                 MORTGAGE ARRE       2573.51          .00      2573.51
CAPITAL ONE AUTO FINANCE SECURED VEHIC      17449.00       1434.20     5083.04
CNAC OF JOLIET           SECURED VEHIC          .00           .00          .00
AMERICAS RECOVERY NETWOR UNSECURED         NOT FILED          .00          .00
CAPITAL ONE BANK         UNSECURED         NOT FILED          .00          .00
CAPITAL ONE BANK         UNSECURED         NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC UNSECURED           1536.60          .00        76.57
JEFFERSON CAPITAL SYSTEM UNSECURED            425.24          .00        21.19
CREDITORS DISCOUNT & AUD UNSECURED         NOT FILED          .00          .00
EMERGE MASTERCARD        UNSECURED         NOT FILED          .00          .00
FIRST NATIONAL CREDIT CA UNSECURED         NOT FILED          .00          .00
IMAGINE                  UNSECURED         NOT FILED          .00          .00
JAMES M WILCOX DDS       UNSECURED         NOT FILED          .00          .00
LVNV FUNDING             UNSECURED         NOT FILED          .00          .00
OMNI CREDIT SVCS OF SE F UNSECURED            630.87          .00        31.44
RESURGENT CAPITAL SERVIC UNSECURED           1043.48          .00        52.00
ST MARYS HOSPITAL        UNSECURED         NOT FILED          .00          .00
CAPITAL ONE AUTO FINANCE UNSECURED           3809.70          .00       189.84
ASSET ACCEPTANCE CORP    UNSECURED            495.95          .00        24.71
------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
RJM ACQUISITIONS LLC     UNSECURED             79.14          .00          .00
PREMIER BANKCARD/CHARTER UNSECURED            369.14          .00        18.39
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED     OTHER        TOTAL

TOTAL CLMS ALLOWED  20022.51       .00       8390.12       .00      28412.63
```

```
PRINCIPAL PAID         7656.55        .00         414.14        .00       8070.69
INTEREST PAID          1434.20        .00            .00        .00       1434.20
TOTAL PAID             9090.75        .00         414.14        .00       9504.89
```

The Debtor's attorney, JOHN A REED                    , was allowed $    3500.00
and was paid $    626.00   direct and $   2874.00   through the plan.

The Trustee received $    671.11 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/22/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 12874 PATRICK W JONES & CAREY A JONES